# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York  
10165 _____  
ctucker@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 3, 2020

**VIA ECF**  
Hon. Katherine Polk Failla  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007



Re: Illescas Dutan et al v. E & M Ice Cream Inc. et al  
CASE #: 1:19-cv-08701-KPF

Your Honor:

    We represent Plaintiff in the above-named matter. We write to request a 1-week adjournment to March 10, 2020 to submit the fairness materials in this action. The parties have exchanged and agreed on the terms of a Settlement Agreement. Plaintiff signed copy of the Agreement and requested Defendants' signatures. Defense counsel requested a 1-week extension to obtain their clients' signatures. The original time to submit the fairness materials is March 3, 2020. *Dkt. No. 22*. There have been no previous adjournments of the subject deadline. Plaintiff's counsel (undersigned) consents to the proposed adjournment. No scheduled dates will be affected.

    We thank the Court for the time and attention devoted to this matter.

Respectfully submitted,

By:    /s/ *Clifford Tucker*  
       Clifford R. Tucker, Esq.

```
Application GRANTED.  No further extensions will be granted absent
good cause.


                                        SO ORDERED.

Dated:  March 3, 2020
        New York, New York
```

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE